**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7016**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT S. JACKSON-BEY, a/k/a Ali Jackson,
a/k/a Ali Jameson,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-92-75-A)

Submitted:  October 18, 2001          Decided:  October 26, 2001

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert S. Jackson-Bey, Appellant Pro Se.  Gerald J. Smagala, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert S. Jackson-Bey appeals from the district court's order denying his motion for reconsideration of an order denying his motion for a reduction in sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Jackson-Bey, No. CA-92-75-A (E.D. Va. Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED